

**WRIGHT, FINLAY & ZAK, LLP**
Arnold L. Graff, Esq. SBN 269170
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone: (949) 477-5050;
Facsimile: (949) 608-9142
agraff@wrightlegal.net

Attorneys for Movant.

**The following constitutes the order of the Court.**
**Signed: October 18, 2024**

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In Re: | ) Case No.: 24-41486-WJL |
| | ) Chapter: 13 |
| | ) R.S. No. ALG-1 |
| | ) |
| KATHRYN JEAN NUSRATTY, | ) Hearing: |
| | ) Date: October 16, 2024 |
| | ) Time: 9:30 am |
| | ) Judge: Honorable William J. Lafferty, III |
| Debtor. | ) Crtrm: 220 |
| | ) Place: United States Bankruptcy Court |
| | )     1300 Clay Street |
| | )     Oakland, CA 94612 |
| | ) |
| | ) |
| | ) |
| | ) |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**PURSUANT TO 11 U.S.C. § 362(d)(1) and § 362(d)(4) (REAL PROPERTY)**

The above-captioned Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C § 362(d)(1) and § 362(d)(4) (Real Property) (the "Motion"), filed by Movant Derik Lewis, Trustee of the Vantis Law Firm, a Professional Law Corporation Defined Benefit Pension Plan as to an undivided 440,000/440,000 interest ("Movant"), as to the real property located at 2531 Heide Court, El Sobrante, CA 94803 [*See* ECF #15], came regularly for hearing on October

1

Case: 24-41486   Doc# 28   Filed: 10/18/24   Entered: 10/21/24 13:22:03   Page 1 of 6
Order Granting Motion for Relief from the Automatic Stay
Pursuant to 11 U.S.C. § 362(d)(1) and § 362(d)(4)

16, 2024, at 9:30 AM, and was resolved after oral argument in the Courtroom of the Honorable William J. Lafferty, III.

Appearances are as noted on the record.

Based on the moving papers and arguments made on the record, and for good cause appearing,

**IT IS HEREBY ORDERED:**

1. The automatic stay of 11 U.S.C. § 362 and co-debtor stay of § 1301, are hereby terminated pursuant to 11 U.S.C. § 362(d)(1) as to Debtor and to Debtor's estate, as they apply to Movant, so that Movant may exercise its non-bankruptcy rights and remedies as to the real property located at 2531 Heide Court, El Sobrante, CA 94803 (APN: 433-280-006; Legal Description Attached as **Exhibit 1**) (the "Property"), including but not limited to, the commencement or continuation of a foreclosure sale in accordance with applicable state law and/or the commencement or continuation of an unlawful detainer proceeding and/or any other action necessary to obtain possession of the Property as authorized by state law.

2. Relief from the stay is also granted under 11 U.S.C. § 362(d)(4): if recorded in compliance with applicable state laws governing notices of interests or liens in real property, the order is binding in any other case under this title purporting to affect the Property filed not later than 2 years after the date of the entry of the order by the court, except that a debtor in a subsequent case under this title may move for relief from the order based upon changed circumstances or for good cause shown, after notice and hearing;

3. The 14-day stay prescribed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived; and

/.;/

/.;/

Order Granting Motion for Relief from the Automatic Stay
Pursuant to 11 U.S.C. § 362(d)(1) and § 362(d)(4)

4. This Order shall be binding in any and all chapters following any later conversion of this case to a case under a different chapter of Title 11 of the United States Bankruptcy Code.

**END OF ORDER**

Order Granting Motion for Relief from the Automatic Stay
Pursuant to 11 U.S.C. § 362(d)(1) and § 362(d)(4)

Case: 24-41486    Doc# 28    Filed: 10/18/24    Entered: 10/21/24 13:22:03    Page 3 of 6

# COURT SERVICE LIST

Kathryn Jean Nusratty
2531 Heide Ct.
El Sobrante, CA 94803-3609

The Kathryn and Hasan Nusratty Revocable Trust, UTD
August 15, 2003, as amended April 12, 2006, Kathryn Nusratty,
Succesor Trustee, all right, title and interst
2351 Heide Ct.
El Sobrante, CA 94803-3609

4

Order Granting Motion for Relief from the Automatic Stay
Pursuant to 11 U.S.C. § 362(d)(1) and § 362(d)(4)

## EXHIBIT A

All that certain real property situated in the County of Contra Costa, State of California, described as follows:

PARCEL ONE:

LOT 6, MAP OF SUBDIVISION 3355, IN THE COUNTY OF CONTRA COSTA, STATE OF CALIFORNIA, FILED JULY 28, 1965, MAP BOOK 106, PAGE 12, CONTRA COSTA COUNTY RECORDS.

EXCEPTING THEREFROM AN EASEMENT, NOT TO BE EXCLUSIVE, AS AN APPURTENANCE TO PARCEL ONE ABOVE WHICH WAS ORIGINALLY CREATED, FOR USE AS A ROADWAY FOR VEHICLES OF ALL KINDS, PEDESTRIANS, AND ANIMALS AND AS A RIGHT OF WAY FOR WATER, GAS, OIL, AND SEWER PIPELINES AND FOR TELEPHONE, ELECTRIC LIGHT AND POWER LINES, TOGETHER WITH THE NECESSARY POLES OR CONDUITS TO CARRY SAID LINES, OVER AND UNDER THE FOLLOWING DESCRIBED PARCEL OF LAND:

BEGINNING ON THE EAST LINE OF LOT 5, DISTANT THEREON NORTH 11 DEGREES 41' 17" WEST 134.49 FEET AND NORTH 1 DEGREE 56' 03" EAST 22.06 FEET FROM THE NORTH LINE OF HEIDE COURT, AS SHOWN ON SAID MAP, (106 M 12), THENCE FROM SAID POINT OF BEGINNING ALONG THE EXTERIOR LINE OF LOTS 5 AND 6 AS FOLLOWS, SOUTH 1 DEGREES 56' 03" WEST 22.06 FEET, SOUTH 11 DEGREES 41' 17" EAST 134.49 FEET, WESTERLY ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 45 FEET AN ARC DISTANCE OF 20 FEET, AND NORTH 28 DEGREES 49' 43" WEST 135 FEET TO AN ANGLE POINT IN SAID LOT 6, THENCE CONTINUING NORTH 28 DEGREES 49' 43" WEST 68.76 FEET TO A SOUTHWEST LINE OF SAID LOT 5, THENCE SOUTH 60 DEGREES EAST ALONG SAID SOUTHWEST LINE 62.94 FEET TO AN ANGLE POINT THEREIN, THENCE NORTH 69 DEGREES 43' 05" EAST 38.34 FEET TO THE POINT OF BEGINNING.

PARCEL TWO:

RIGHT OF WAY GRANTED IN THE DEED TO MELVIN W. HOLDEN, ET UX, RECORDED JUNE 3, 1970, BOOK 6141, OFFICIAL RECORDS, PAGE 760, AS FOLLOWS:

AN EASEMENT, NOT TO BE EXCLUSIVE, AS AN APPURTENANCE TO PARCEL ONE ABOVE, FOR USE AS A ROADWAY FOR VEHICLES OF ALL KINDS, PEDESTRIANS, AND ANIMALS AND AS A RIGHT OF WAY FOR WATER, GAS, OIL AND SEWER PIPELINES AND FOR TELEPHONE, ELECTRIC LIGHT AND POWER LINES, TOGETHER WITH THE NECESSARY POLES OR CONDUITS TO CARRY SAID LINES, OVER AND UNDER THE FOLLOWING DESCRIBED PARCEL OF LAND:

BEGINNING ON THE EAST LINE OF LOT 5, DISTANT THEREON NORTH 11° 41' 17" WEST 134.49 FEET AND NORTH 1° 56' 03" EAST 22.06 FEET FROM THE NORTH LINE OF HEIDE COURT, AS SHOWN ON SAID MAP, (106 M 12); THENCE FROM SAID POINT OF BEGINNING ALONG THE EXTERIOR LINE OF LOTS 5 AND 6 AS FOLLOWS: SOUTH 1° 56' 03" WEST 22.06 FEET; SOUTH 11 DEGREES 41' 17" EAST 134.49 FEET; WESTERLY ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 45 FEET AN ARC DISTANCE OF 20 FEET; AND NORTH 28 DEGREES 49' 43" WEST 135 FEET TO AN ANGLE POINT IN SAID LOT 6; THENCE CONTINUING NORTH 28° 49' 43" WEST 68.76 FEET TO A SOUTHWEST LINE OF SAID LOT 5; THENCE SOUTH

Exhibit 1

**60° EAST ALONG SAID SOUTHWEST LINE 62.94 FEET TO AN ANGLE POINT THEREIN; THENCE NORTH 69 DEGREES 43' 05" EAST 38.34 FEET TO THE POINT OF BEGINNING.**

**Note:** For information purposes only, the purported street address of said land as determined from the latest County Assessor's Roll is:

2531 HEIDE CT, EL SOBRANTE, CALIFORNIA

The Assessor's Parcel Number, as determined from the latest County Assessor's Roll is:

433-280-006-1

An inspection of said land has not been made, and no assurances are hereby given or implied as to the location of the land herein described.

CLTA Guarantee Form No. 22  (3/3/11)    Exhibit 1
Trustee's Sale Guarantee